

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00351-CV

## IN THE INTEREST OF L.M.B., A CHILD

**From the 378th District Court
Ellis County, Texas
Trial Court No. 95519D**

## MEMORANDUM OPINION

On November 16, 2017, the Clerk of this Court notified Appellant that the $205 filing fee in this cause was past due and that the appeal would be dismissed if Appellant did not either establish the right to proceed without payment of costs or pay the filing fee within fourteen days of the date of the letter. No response has been received from Appellant. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3(c).


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 20, 2017
[CV06]

